IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WALLACE IRVING PERRY,                                    CV. 07-816-HU

        Petitioner,                                              ORDER

  v.

DON MILLS, Assistant
Superintendent, Eastern Oregon
Correctional Institution,

        Respondent.

BROWN, Judge

    Petitioner's motion to voluntarily dismiss (#29) is GRANTED. IT IS ORDERED that petitioner's petition for writ of habeas corpus (#2) is DISMISSED WITHOUT PREJUDICE.

    In the event that the decision in *Blakely v. Washington*, 542 U.S. 296 (2004), is later made retroactive to cases on collateral review, petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from the date this Order is signed until sixty (60) days after the date of the decision rendering *Blakely* retroactively applicable. If *Blakely* is made retroactive and the petitioner moves to reopen

1 -- ORDER

this case during the above-referenced 60-day period, petitioner may also amend the petition as of right so as to properly plead all *Blakely* based claims in this Court.

    IT IS SO ORDERED.

    DATED this 19th day of August, 2008.

                                      /s/ Anna J. Brown
                                      Anna J. Brown
                                      United States District Judge